IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| JOHNNIE HOLLAND, et al. | * | |
| Plaintiffs | * | |
| v. | * | |
| PHILLIP D. MORT, et al. | * | Case No.: MJG 03 CV 440 |
| Defendants | * | |

\* \* \* \* \* \* \*

## ANSWER TO COMPLAINT

Defendant, Amquip Corporation, by undersigned counsel, hereby answers the Plaintiffs' Complaint and states as follows:

## COUNT I

1. The Defendant admits the allegations contained in paragraph 1 of the Complaint.

2. The Defendant admits the allegations contained in paragraph 2 of the Complaint.

3. The Defendant can neither admit nor deny the allegations contained in paragraph 3 of the Complaint because they call for a legal conclusion. To the extent that a response is required, these allegations are denied.

4. The Defendant denies the allegations contained in paragraph 4 of the Complaint.

5. The Defendant denies the allegations contained in paragraph 5 of the Complaint.

6. The Defendant denies the allegations contained in paragraph 6 of the Complaint.

7. The Defendant denies the allegations contained in paragraph 7 of the Complaint.

## COUNT II

8. The Defendant can neither admit nor deny the allegations contained in paragraph 8 of the Complaint. To the extent that a response is required, these allegations are denied.

9. The Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. The Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. The Defendant denies the allegations contained in paragraph 11 of the Complaint.

## COUNT III

12. The Defendant admits the allegations contained in paragraph 12 of the Complaint.

13. The Defendant denies the allegations contained in paragraph 13 of the Complaint.

14. The Defendant denies the allegations contained in paragraph 14 of the Complaint.

## COUNT IV

15. The Defendant admits the allegations contained in paragraph 15 of the Complaint.

16. The Defendant can neither admit nor deny the allegations contained in paragraph 16 because they call for a legal conclusion. To the extent that a response is required, these allegations are denied.

17. The Defendant denies the allegations contained in paragraph 17 of the Complaint.

18. The Defendant denies the allegations contained in paragraph 18 of the Complaint.

19. The Defendant denies the allegations contained in paragraph 19 of the Complaint.

20. The Defendant denies the allegations contained in paragraph 20 of the Complaint.

## COUNT V

21. The Defendant admits the allegations contained in paragraph 21 of the Complaint.

22. The Defendant can neither admit nor deny the allegations contained in paragraph 22 of the Complaint because they call for a legal conclusion. To the extent that a response is required, these allegations are denied.

23. The Defendant denies the allegations contained in paragraph 23 of the Complaint.

24. The Defendant denies the allegations contained in paragraph 24 of the Complaint.

25. The Defendant denies the allegations contained in paragraph 25 of the Complaint.

26. The Defendant denies the allegations contained in paragraph 26 of the Complaint.

## COUNT VI

27. The Defendant can neither admit nor deny the allegations contained in paragraph 27 of the Complaint. To the extent that a response is required, these allegations are denied.

28. The Defendant can neither admit nor deny the allegations contained in paragraph 28 of the Complaint. To the extent that a response is required, these allegations are denied.

29. The Defendant can neither admit nor deny the allegations contained in paragraph 29 of the Complaint. To the extent that a response is required, these allegations are denied.

30. The Defendant can neither admit nor deny the allegations contained in paragraph 30 of the Complaint. To the extent that a response is required, these allegations are denied.

## COUNT VII

31. The Defendant can neither admit nor deny the allegations contained in paragraph 31 of the Complaint. To the extent that a response is required, these allegations are denied.

32. The Defendant can neither admit nor deny the allegations contained in paragraph 32 of the Complaint. To the extent that a response is required, these allegations are denied.

33. The Defendant can neither admit nor deny the allegations contained in paragraph 33 of the Complaint. To the extent that a response is required, these allegations are denied.

34. The Defendant can neither admit nor deny the allegations contained in paragraph 34 of the Complaint. To the extent that a response is required, these allegations are denied.

By way of further answer, the Defendant raises the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can granted.

## SECOND AFFIRMATIVE DEFENSE

The Defendant generally denies all allegations not specifically admitted herein.

## THIRD AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of contributory negligence.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

Any injuries or damages allegedly sustained by the Plaintiffs were caused by some other person or party without any negligence or want of due care on the part of the Defendant contributing thereto.

### SIXTH AFFIRMTIVE DEFENSE

The Plaintiffs' injuries and damages, if any, were proximately caused by superceding and/or intervening acts, sufficient to entirely exculpate the Defendant from any liability.

### SEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs' injuries and damages, if any, are barred by their assumption of the risk of injury.

### EIGHTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of waiver.

### NINTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of estoppel.

### TENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of release.

### ELEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the failure to join a necessary party.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by their spoliation of evidence.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The Plaintiffs' recovery, if any, will be limited by the statutory cap on the award of non-economic damages found at Md. Crts. & Jud. Proc. Code Ann. §11-108, *et seq*.

**FOURTEENTH AFFIRMATIVE DEFENSE**

The Plaintiffs' claims are barred by the doctrine of last clear chance.

WHEREFORE, having fully answered the Complaint filed against them, the Defendant respectfully requests that the Court dismiss this Complaint, with all costs assessed against the Plaintiff.

*/s/* Kathleen M. Bustraan
Kathleen M. Bustraan (Bar No.: 24417)
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorney for Defendant,
Amquip Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2003, a copy of the aforegoing Answer to Complaint was mailed first-class, postage prepaid to: Robert G. Samet, Esquire, Ashcraft & Gerel, LLP, One Central Plaza, Suite 1002, 11300 Rockville Pike, Rockville, Maryland 20852, Attorney for Plaintiffs.

/s/ Kathleen M. Bustraan
Kathleen M. Bustraan

258280