UNITED STATES DISTRICT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| JOHNNIE HOLLAND    and<br>BOBBIE HOLLAND | * | |
| | * | |
| Plaintiffs | | |
| | * | Civil No: MJG-03-CV-440 |
| v. | | |
| | * | |
| PHILLIP D. MORT | | |
| | * | |
| and | | |
| | * | |
| AMQUIP CORPORATION | | |
| | * | |
| and | | |
| | * | |
| STATE FARM INSURANCE CO. | | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**LOCAL RULE 103.3 DISCLOSURE
OF CORPORATE AFFILIATION/FINANCIAL INTEREST**

Pursuant to Local Rule 103.3, the Defendant, Amquip Corporation, by its undersigned counsel, files this Disclosure of Corporate Affiliation/Financial Interest, and states:

1.    Defendant Amquip Corporation has no parent or other corporate affiliate. Amquip Corporation is insured by Pennsylvania Property and Casualty Insurance Guaranty Association.

Respectfully submitted,


*/s/* Kathleen M. Bustraan
Kathleen M. Bustraan
Trial Bar No: 24417
Lord & Whip, P.A.
Charles Center South
36 South Charles Street
Baltimore, Maryland  21201
(410) 539-5881

Attorney for Defendant Amquip Corp.


## CERTIFICATE OF MAILING

I HEREBY CERTIFY, that on this 8th day of April, 2003, a copy of the aforegoing Local Rule 103(3) Disclosure was mailed, postage prepaid, to:  Mr. Robert G. Samet, Ashcraft & Gerel, LLP, One Central Plaza, Suite 1002, 11300 Rockville Pike, Rockville, Maryland 20852, attorney for the Plaintiff.


*/s/* Kathleen M. Bustraan
Kathleen M. Bustraan