IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| JOHNNIE HOLLAND and BOBBIE HOLLAND | * |
| | * |
| Plaintiffs | * |
| | *   Civil No: MJG-03-CV-440 |
| v. | * |
| PHILLIP D. MORT | * |
| | * |
| and | * |
| | * |
| AMQUIP CORPORATION | * |
| | * |
| and | * |
| | * |
| STATE FARM INSURANCE CO. | * |
| | * |
| Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO CROSS CLAIM

Defendant, Amquip Corporation, by undersigned counsel, hereby answers State Farm Mutual Automobile Insurance Company's Cross Claim, and states as follows:

1. Amquip Corporation admits the allegations contained in paragraph 1 of the cross claim.

2. Amquip Corporation denies the allegations contained in paragraph 2 of the cross claim.

By way of further answer, Amquip Corporation raises the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

The Cross-Complaint fails to state a claim upon which relief can granted.

## SECOND AFFIRMATIVE DEFENSE

Amquip Corporation generally denies all allegations not specifically admitted herein.

## THIRD AFFIRMATIVE DEFENSE

The claims are barred by the doctrine of contributory negligence.

## FOURTH AFFIRMATIVE DEFENSE

The claims are barred by the applicable statute of limitations.

## FIFTH AFFIRMATIVE DEFENSE

Any injuries or damages allegedly sustained by the Plaintiffs and/or Cross Plaintiff were caused by some other person or party without any negligence or want of due care on the part of the Defendant contributing thereto.

## SIXTH AFFIRMATIVE DEFENSE

The Plaintiffs' and Cross Plaintiff's injuries and damages, if any, were proximately caused by superceding and/or intervening acts, sufficient to entirely exculpate the Defendant from any liability.

## SEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs' and Cross Plaintiff's injuries and damages, if any, are barred by the doctrine of assumption of the risk of injury.

## EIGHTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of waiver.

**NINTH AFFIRMATIVE DEFENSE**

The Plaintiffs' and Cross Plaintiff's claims are barred by the doctrine of estoppel.

**TENTH AFFIRMATIVE DEFENSE**

The Plaintiffs' and Cross Plaintiff's claims are barred by the doctrine of release.

**ELEVENTH AFFIRMATIVE DEFENSE**

The Plaintiffs' and Cross Plaintiff's claims are barred by the failure to join a necessary party.

**TWELFTH AFFIRMATIVE DEFENSE**

The Plaintiffs' and Cross Plaintiff's claims are barred by their spoliation of evidence.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The Plaintiffs' and Cross Plaintiff's recovery, if any, will be limited by the statutory cap on the award of non-economic damages found at Md. Crts. & Jud. Proc. Code Ann. §11-108, *et seq.*

**FOURTEENTH AFFIRMATIVE DEFENSE**

The Plaintiffs' and Cross Plaintiff's claims are barred by the doctrine of last clear chance.

WHEREFORE, having fully answered the Complaint filed against them, the Defendant respectfully requests that the Court dismiss this Complaint, with all costs assessed against the Plaintiff.

/s/ Kathleen M. Bustraan
Kathleen M. Bustraan
Trial Bar No.:  24417
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorney for Defendant,
Amquip Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 4th day of June, 2003, a copy of the aforegoing Answer to Cross Claim was electronically filed with the United States State District Court for the District of Maryland, with copies to: Robert G. Samet, Esquire, Ashcraft & Gerel, LLP, One Central Plaza, Suite 1002, 11300 Rockville Pike, Rockville, Maryland 20852, Attorney for the Plaintiff; and Cyrus S. Picken, Jr., Esquire, David L. Hendricks & Associates, 4200 Parliament Place, Suite 204, Lanham, Maryland 20706, Attorney for State Farm Mutual Automobile Insurance Company.

/s/ Kathleen M. Bustraan
Kathleen M. Bustraan

262013