IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

JOHNNIE HOLLAND    and    *
BOBBIE HOLLAND
                                               *

    Plaintiffs                         *        Civil No:  MJG-03-CV-440

v.                                             *

PHILLIP D. MORT                    *

    and                                    *

AMQUIP CORPORATION          *

    and                                    *

STATE FARM INSURANCE CO.
                                               *

    Defendants
*    *    *    *    *    *    *    *    *    *    *    *

## DEFENDANT'S REPORT REGARDING EARLY SETTLEMENT CONFERENCE AND REFERRAL TO A MAGISTRATE JUDGE FOR FURTHER DISPOSITION

    Defendant, Amquip Corporation, by undersigned counsel, hereby submit their report regarding referral of this case for an early settlement conference and referral of this case to a magistrate judge for further handling, and state:

    1.    The Defendants do not believe that the referral of this case at this time for an early settlement conference would be productive.

    2.    The Defendants do not consent to the referral of this case to a magistrate judge of this Court for all further purposes.

*/s/* Kathleen M. Bustraan
Kathleen M. Bustraan
Trial Bar No.:  24417
Jeaneen J. Johnson
Trial Bar No.:  27119
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorney for Defendant
Amquip Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June, 2003, a copy of the aforegoing Defendant's Report Regarding Early Settlement Conference and Referral to Magistrate Judge for Further Disposition was electronically filed. Undersigned counsel will keep the original of this document on file until the case is concluded in this Court, and any appeals are concluded.

*/s/* Kathleen M. Bustraan
Kathleen M. Bustraan

263164

2