IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| JOHNNIE HOLLAND    and<br>BOBBIE HOLLAND | * | |
| | * | |
| Plaintiffs | | |
| | * | Civil No.: MJG-03-CV-440 |
| v. | | |
| | * | |
| STATE FARM INSURANCE CO., et al. | | |
| | * | |
| Defendants | | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by their undersigned counsel and pursuant to the provisions of Rule 41(a)(1)(ii), *Federal Rules of Civil Procedure*, hereby stipulate and agree to dismiss all claims brought in this matter, including counter-claims and third party claims, with prejudice.  The Plaintiffs and Defendant State Farm Insurance Company have agreed to resolve the Plaintiffs' claims in arbitration.


| | |
|---|---|
| */s/* Robert G. Samet | */s/* Kathleen M. Bustraan |
| Robert G. Samet | Kathleen M. Bustraan |
| Ashcraft & Gerel, LLP | Trial Bar No.: 24417 |
| One Central Plaza | Jeaneen J. Johnson |
| Suite 1002 | Trial Bar No.: 27119 |
| 11300 Rockville Pike | Lord & Whip, P.A. |
| Rockville, MD  20852 | Charles Center South, 10th Floor |
| (301) 770-3737 | 36 S. Charles Street |
| | Baltimore, Maryland 21201 |
| Attorney for Plaintiffs | (410) 539-5881 |
| Johnnie & Bobbie Holland | |
| | Attorney for Defendant |
| | Amquip Corporation |

```
                              /s/ Cyrus S. Pickens, Jr.
                              Cyrus S. Pickens, Jr.
                              Trial Bar No.: 07690
                              4200 Parliament Place
                              Suite 204
                              Lanham, MD  20706
                              (301) 306-4800

                              Attorney for Defendant
                              State Farm Insurance Company
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24<u>th</u> day of <u>September</u>, 2003 a copy of the aforegoing Stipulation of Dismissal with Prejudice was electronically filed with the United States District Court for the District of Maryland and mailed, first-class, postage prepaid to: Robert G. Samet, Esquire, Ashcraft & Gerel, LLP, One Central Plaza, Suite 1002, 11300 Rockville Pike, Rockville, Maryland 20852, Attorney for Plaintiff; and to Cyrus S. Pickens, Jr., Esquire, David L. Hendricks & Associates, 4200 Parliament Place, Suite 204, Lanham, Maryland 20706, Attorney for State Farm Mutual Automobile Insurance Company.

```
                              /s/ Kathleen M. Bustraan
                              Kathleen M. Bustraan
```

302756