FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 SEP 26  PM 4:08

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

JOHNNIE HOLLAND and
BOBBIE HOLLAND

    Plaintiffs

                                Civil No.: MJG-03-CV-440

v.

STATE FARM INSURANCE CO., et al.

    Defendants

* * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by their undersigned counsel and pursuant to the provisions of Rule 41(a)(1)(ii), *Federal Rules of Civil Procedure*, hereby stipulate and agree to dismiss all claims brought in this matter, including counter-claims and third party claims, with prejudice. The Plaintiffs and Defendant State Farm Insurance Company have agreed to resolve the Plaintiffs' claims in arbitration.

| | |
|---|---|
| /s/ Robert G. Samet | /s/ Kathleen M. Bustraan |
| Robert G. Samet | Kathleen M. Bustraan |
| Ashcraft & Gerel, LLP | Trial Bar No.: 24417 |
| One Central Plaza | Jeaneen J. Johnson |
| Suite 1002 | Trial Bar No.: 27119 |
| 11300 Rockville Pike | Lord & Whip, P.A. |
| Rockville, MD 20852 | Charles Center South, 10th Floor |
| (301) 770-3737 | 36 S. Charles Street |
| | Baltimore, Maryland 21201 |
| Attorney for Plaintiffs | (410) 539-5881 |
| Johnnie & Bobbie Holland | |
| | Attorney for Defendant |
| | Amquip Corporation |

⑪

/s/ Cyrus S. Pickens, Jr.
Cyrus S. Pickens, Jr.
Trial Bar No.: 07690
4200 Parliament Place
Suite 204
Lanham, MD 20706
(301) 306-4800

Attorney for Defendant
State Farm Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of September, 2003 a copy of the aforegoing Stipulation of Dismissal with Prejudice was electronically filed with the United States District Court for the District of Maryland and mailed, first-class, postage prepaid to: Robert G. Samet, Esquire, Ashcraft & Gerel, LLP, One Central Plaza, Suite 1002, 11300 Rockville Pike, Rockville, Maryland 20852, Attorney for Plaintiff; and to Cyrus S. Pickens, Jr., Esquire, David L. Hendricks & Associates, 4200 Parliament Place, Suite 204, Lanham, Maryland 20706, Attorney for State Farm Mutual Automobile Insurance Company.

/s/ Kathleen M. Bustraan
Kathleen M. Bustraan


SO ORDERED, on Thursday, 25 September, 2003

302756

        /s/
    Marvin J. Garbis
    United States District Judge